**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7553**

———————————

RUSSELL THOMAS PALMER, JR.,

Petitioner - Appellant,

versus

UNITED STATES MARSHAL; UNITED STATES DISTRICT
COURT,

Respondents - Appellees.

———————————

**No. 97-7843**

———————————

RUSSELL THOMAS PALMER, JR.,

Petitioner - Appellant,

versus

UNITED STATES MARSHAL; UNITED STATES DISTRICT
COURT,

Respondents - Appellees.

---

**No. 97-7844**

---

RUSSELL THOMAS PALMER, JR.,

Petitioner - Appellant,

versus

UNITED STATES MARSHAL; UNITED STATES DISTRICT
COURT,

Respondents - Appellees.

---

**No. 97-7845**

---

RUSSELL THOMAS PALMER, JR.,

Petitioner - Appellant,

versus

UNITED STATES MARSHAL; UNITED STATES DISTRICT
COURT,

Respondents - Appellees.

---

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-711-R)

Submitted:  March 12, 1998          Decided:  March 24, 1998

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell Thomas Palmer, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying several other post-judgment motions. We have reviewed the record and the district court's orders and opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Palmer v. United States Marshal</u> CA-97-711-R (W.D. Va. Oct. 23, 1997). We deny Appellant's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion for reconsideration of this court's order deferring action on the motion for bail is now moot and is denied as such.

<u>AFFIRMED</u>